[No. 18851-5-III. Division Three. October 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA ALLEN PAKOOTAS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 99-1-00102-1, Evan E. Sperline, J., entered October 19, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18556-7-III. Division Three. October 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JEROME HURST, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-00576-8, Michael E. Donohue, J., entered June 11, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.

[Nos. 18502-8-III; 18721-7-III. Division Three. October 26, 2000.]

*In the Matter of the Marriage of* CATHLEEN D. HIRSCHBERGER, *Appellant*, and LARRY HIRSCHBERGER, *Respondent*.
*In the Matter of the Marriage of* CATHLEEN D. HIRSCHBERGER, *Respondent*, and LARRY HIRSCHBERGER, *Appellant*.

Appeals from judgments of the Superior Court for Lincoln County, No. 97-3-02991-5, Philip W. Borst, J., entered May 18, 1999 and August 31, 1999. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 18487-1-III. Division Three. October 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LORELIE A. TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 98-1-00201-7, Michael W. Leavitt, J., entered May 27, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.